

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00587-CV

**IN RE ANDERSON COLUMBIA CO., INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: February 10, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On December 4, 2020, relator filed a petition for writ of mandamus challenging the trial court's orders denying relator's summary judgment motion and denying permission for an interlocutory appeal of the summary judgment order. After considering the petition and the mandamus record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 14-09-30070-MCV, styled *Jose Maria Mata, Individually and as Next Friend of Monica Gabriela Mata and on Behalf of the Estate of Martha Alicia Jimenez-Mata; Juan Gil Mata, Individually and as Next Friend of Juan Gilardo Mata, Gilberto Mata, Jose Maria Mata Jimenez, and Saira Moreno v. AECOM USA, INC., TCB, INC., Anderson Columbia Co., Inc., W.S Construction Co., and Bosquez Electric, LLC*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.